# United States Court of Appeals
# for the Federal Circuit

———————————

June 7, 2011

**ERRATA**

———————————

Appeal No. 2010-1145, -1177

**SIEMENS MEDICAL SOLUTIONS USA, INC.,**
*Plaintiff-Cross Appellant,*

**v.**

**SAINT-GOBAIN CERAMICS & PLASTICS, INC.,**
*Defendant-Appellant.*

Decided: June 7, 2011
Precedential Order

———————————

Please make the following change in Judge Dyk's dissent from the denial of the petition for rehearing en banc:

Page 5, footnote 3, change "Op. at 2" to "Op. at 3"